RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RASBIAN M. WARD AIS # 153328 )
_____ )
Full name and prison number )
Of Plaintiff(s) )
 )
 )
v. )          CIVIL ACTION NO. 2:18-CV-759-MHT-WC
 )          (To be supplied by Clerk of
CORIZON INC., MEDICAL SERVICES )          U.S. District Court)
_____ )
 )          **DEMAND FOR JURY TRIAL**
DOCTOR BELL, "STATON HCU" )
_____ )
 )
DOCTOR RAMINE, "KILBY HCU" )
_____ )
 )
DEPUTY COMMISSION, ELLISON )
_____ )
 )
 )
 )
_____ )
Name of person(s) who violated )
Your constitutional rights. )
(List the names of all )
persons.) )

I.   PREVIOUS LAWSUITS

    A.   Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?   YES ( )   NO (**XX**)

    B.   Have you begun other lawsuits in state or federal court
       relating to your imprisonment?   YES ( )   NO (**XX**)

    C.   If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.   Parties to this previous lawsuit:

          Plaintiff(s) _____

          _____

          Defendant(s) _____

          _____

       2.   Court )if federal court, name the district; if
          state court, name the county)_____

          _____

3.  Docket number_____

4.  Name of judge to whom case was assigned _____

    _____

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition_____

II.  PLACE OF PRESENT CONFINEMENT_Limestone Corrections Facility--H Dorm
    43A--28779 Nick Davis Rd.  Harvest, Ala. 35749
    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED_Staton Health Care,
    "HCU",  Kilby Health Care "HCU."

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
    CONSTITUTIONAL RIGHTS
                    NAME                        ADDRESS

    1. Corizon Inc.,--103 Powell Court---Brentwood, TN. 37027---
    2. Corizon Inc., 101 Airport Commons Dr.  Calera, Ala. 35040
    3. Staton Health care "HCU"--P.O. Box 56--Elmore, Ala. 36025
    4. Kilby Health Care "HCU"--P.O. Box 150 MT. Meigs, Al. 36057
    5. _____
    6. _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED From about August 2015

through to January 2018 and still ongoing._____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
    THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:
                    "SEE ATTACHED SHEETS"
    GROUND ONE: _____

    _____

2

GROUNDS                           GROUNDS

1. Plaintiff asserts that Corizon Inc., policy as only permitties a nurse to send plaintiff to the hospital in a life threatening sitution and or non-life threatening sitution of first calling a physician "Doctor Bell", is a serious delay in having his medical condition cared for.

2. Doctor "Ramine" was deliberate indifferent to plaintiff's serious medicval needs when he refused to allow for the medical staff "Nurses" to care for him while in the infirmary ar "Kilby HCU," forcing plaintiff to rely on help from unprofessionals "other inmates" who had their own medical problems to care for.

3. Corizon's Inc., :Doctor Bell" at Staton's HCU unit, acted willfully, wantonly, msliciously, and with reckless and callously disregard for ordering this plaintiff not to be transported to a hospital and for not instructing the nurse on suty to provide pain medication for his severe pain after being informed that it was signs his hip was fractured.

4. staton's "HCU" facility through Corizon Inc., has an inadequate screeningh of and evaluating prisoners to indentfy those in need of medical health care treatment, thereby implementing these widespread customs, policies, and practacties for financial reasons/profits and was deliberate indifference to the serious medical need of this plaintiff.

5. Corizon's Medical sraff "Doctor Bell" at Staton Health Care "HCU" willfully and callously disregarded plaintiff's "TWO (2) fractures in his hip for about three (3) days and forced plaintiff to suffer some of the worst severe pain, in violation of his constitutional right to receive adequate and timely medical treatment, "Eight Amenbdment."

6. Plaintiff's right to be free from cruel and unusual punishment was violated when "Doctor Bell" allowed him to be in the infirmary form September 30, 2017 until October 2, 2017, after being advised by the nurse on duty that she was sending him to the hospital for possible hip fracture.

7. Corizon Inc., has deprived plaintiff of his right under the U.S. Constitution and under color of state law, by being deliberate indifference to his serious medical conditions "NERVE DAMAGE TO LEFT LEG," "CYST BEHIND LEFT LEG," SEVERE PAIN TO PENIS," TEAR TO LEFT KNEE, AND SERVE PAIND CONSTANTLY FOR ALL THESE MEDICAL CONDITIONS FOR ABOUT THREE (3) YEARS," INVIOLATION OF THE EIGHTH AMENDMENT WHICH PROHIBIT CRUEL AND UNUSAL PUNISHMENT.

8. Corizon was gross neglegence and reckless disregarded this plaintiff's right to a timely and professionally, appropriate medical treatment for his severe nerve condition in which plaintiff has suffered for about (3) three years.

9. Corizon's status quo of its policies, customs and practies of not proving health care treatment to plaintiff until the co-pay sheet is signed, is to controlling

factors in saving money to advance it's company profits.

10. Corizon's sick call procedures, implemented at Staton Health Care "HCU" either resulted in no care, delayed care or treatment that did not get to the root of the medical problem/condition.

11. Doctor Bell caused plaintriff severe nerve condition to exacerbate through Corizon's Inc., policies, practices and or customs of implementing these cost cuttinf policies for financial gain for the company and to show the ADOC that it can save them money at a rate "percentage " lower than them had it not contracted it out.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as
best you can the time, place and manner and person involved)

_____

_____

_____

_____

GROUND TWO:            "SEE ATTACHED SHEETS"_____

_____

SUPPORTING FACTS:  "SEE ATTACHED SHEETS"_____

_____

_____

_____

_____

GROUND THREE:        "SEE ATTACHED SHEETS"_____

_____

SUPPORTING FACTS:  "SEE ATTACHED SHEETS"_____

_____

_____

_____

_____

_____

3

## ACTUAL FACTS

On or about August 28 2015, Plaintiff awaken with severe pain to left leg, could not stand or walk, ackle was swollen, it felt as it something was wraped real tight around it cutting off the circulation, had to be taken to the HCU at Staton Health Care.

The only thing done was to give me Mortrin (600mg), this did not stop the pain nor allow for me to stand or walk, I was sent back to Draper where i was housed, after complaining to the administration, I was sent back to the HCU, where I was not seen by a doctor, the nurse gave me (100mg) of nurotine, this to did not stop the pain or allow me stand or walk.

Plaintiff was given a cane to stand and walk with, this went on for over one (1) year, during this time Plaintiff filed numerous grievances and sick call requests, no one (doctor) could determine what was causing this medical condition, PLAINTIFF START SENDING GRIEVANCES TO CORIZON MEDICAL SERVICES HEADQUARTERS IN BRENTWOOD TENN. THAT THE MEDICAL STAFF BEGAIN TO SEND ME OUT TO SPECIALISTS, THIS WENT ON FOR MONTHS GOING TO A ORTHOPEDIC TWO (2) TIMES AND HE COULD NOT DETERMINE WHAT WAS CAUSING IT WAS RECOMMENDED BY HIM THAT I SEE A NUROLOGIST, AFTER BEING EVAUATED BY TWO (20 nurologists I WAS SENT AND GIVEN A ELECTIC AND PIN TEST, THIS REVEALED THAT I HAD A SERVERE NERVE DAMAGE TO MY BACK AT L4 and L5 WHICH WOULD REQUIRE SURGERY.

NOTE: This process took over two (2) years, and the filing of over (10) to about twenty (20) grievances, sick call requests, being sent to HCU for emergency numerous times by the DOC staff at Draper because I continued to have problems with standing, walking and the severe pain, none of the medications given helped with this pain, numerous grievances, sick call requests was submitted putting the medical staff on notice that none of medications was working.

The medical staff forced plaintiff to sign the co-payment slip before being seen by a provider of doctor, each time plaintiff refused to sign co-payment sheet, the nurse would not provide any medical service, most of time the only thing done by the nurse was to take vital signs and say watch for your name on the news letter, in the mean time, I suffered because no medical care was given, the only thing the medical staff wanted was to collect co-payments.

During this same time, plaintiff had an infection to his penis, pain when peeing, red spots on the tip, white stuff caking all around it, bad smell and sore to the touch, the medical staff said it was a yeast infection and gave me some cream, THAT DID NOT HELP, THIS MEDICAL PROBLEM STARTED BACK IN 2007, I continued to complain about this, only cream was given, grievances and sick call requests was submitted, but the medical staff could not figure out what was causing this infection, a STD test was given, that game back negative.

The medical staff stop trying to find out what this infection was and plaintiff continued to suffer this severe pain, red spots, bad smell, and white stuff caking during the same time he suffered with the severe pain to left leg which caused plaintiff to have problems standing and walking for well over two (2) years.

Plaintiff was sent to Brookwood Medical Center to see a nursugeon for an operation on his back, the doctor told plaintiff that he was putting off the sugery until a (DIE) test could be done to determine where the nerve damage was and how severe it was, this was documented and plaintiff informed the provider when he returned to Staton Health Care (HCU) and was told that he would have the test in about a month, OVER THREE (3) or more months went by and plaintiff had not had the DIE test.

While waiting on this test, plaintiff on or about September 8, 2017, plaintiff fell down some steps and had to be taken to Staton Health Care (HCU), plaintiff was crying, hollowing and screaming because of the pain coming from the same left leg, the nurse asked me to pull my pants down plaintiff could not due to the pain, another inmate had to do it for me, the nurse made the statement (oh my God), plaintiff's left leg was about two (2) times bigger than the right and something was moving causing extreme pain, the nurse said that she was going to send me to the hospital, she then left the room, when she came back, I was told that Doctor Bell said not to send me to the hospital, to admit me in the infirmary until an X ray can be done Monday,

IT TOOK THREE (3) OTHER INMATES TO PUT PLAINTIFF IN THE BED, ALL THE WHILE THIS WAS BEING DONE, PLAINTIFF WAS CRYING, HOLLOWING AND SCREAMING ASKING FOR SOMETHING FOR PAIN, THE NURSE TOLD PLAINTIFF THE DOCTOR DID PRESCRIBE ANY FOR ME, THAT SHE DID NOT HAVE THE AUTHORTY TO GIVE ME ANY WITHOUT THE DOCTOR PERMISSION.

PLAINTIFF WAS PLACED ON THE BED ON HIS BACK AND GIVEN A PISS BOTTLE, THIS WAS SEPTEMBER 8, 2017 ON FRIDAY NIGHT.

PLAINTIFF LAID ON HIS BACK FROM FRIDAY SEPT. 29, 2017 UNTIL MONDAY OCT. 2, 2017, DURING THIS TIME, "PLAINTIFF DID NOT MOVE, DUE TO THE PAIN AND SOMETHING MOVING IN HIS HIP, PLAINTIFF DID NOT DRINK ANY WATER, OR EAT ANYTHING BECAUSE HE WAS TRYING NOT TO TAKE A DUMP OR PISS BECAUSE THAT CALLED FOR MOVING, THE OTHER INMATES WAS COMPLAINING ABOUT ME KEEPING AWAKE WITH MY CRYING, HOLLOWING AND SCREAMING AT TIMES ASKING FOR SOME PAIN MEDICATION, THE NURSE KEPT TERLLING ME THAT SHE COULD NOT GIVE ME ANY BECAUSE THE DOCTOR SAID WAIT UNTIL AFTER THE X RAY MONDAY.

NOTE: PLAINTIFF WAS ALSO STILL SUFFERING FROM THE NERVE DAMAGE TO HIS LEFT LEG.

DOCTOR BELL CAME TO WORK ABOUT 9:00am ON MONDAY MORNING AND DID NOT COME TO THE INFORMARY TO CHECK ON PLAINTIFF, ABOUT 2:30pm ON OCTOBER 2, 2017, ABOUT THREE (3) INMATES TRIED TO GET PLAINTIFF OUT OF THE BED TO GO TO X RAY, BUT COULD NOT DO IT FOR PLAINTIFF CRYING, HOLLOWING TELLING THEM THAT SOMETHING WAS MOVING IN HIS LEFT HIP, AFTER A WHILE, THEY GOT PLAINTIFF UP AND PLACED HIM IN A WHEELCHAIR AND WENT TO X RAY, THE X RAY REVEALED THAT PLAINTIFF HAD FRACTURED HIS HIP IN TWO (2) PLACES, A ABULANCE WAS CALLED AND PLAINTIFF WAS TAKEN TO JACKSON MEDICAL CENTER, WHEN THE DOCTOR FROM JACKSON CAME IN THE ROOM HE ASKED FOR THE X RAY, THE NURSE SAID THE DOCTOR FROM STATON HEALTH CARE DID NOT SEND IT, A ANOTHER X RAY HAD TO BE TAKEN, AFTER THIS X RAY, THE DOCTOR ASKED ME DID I HAVE A PRO-BLEM TAKING MORFINE, PLAINTIFF TOLD THE DOCTOR THAT HE HAD NOT HAD ANY PAIN MEDICATION AT ALL.

PLAINTIFF AWAKEN SOME HOURS LATER AND WAS TOLD THAT THE OPERATION WAS OVER, THAT A ROD AND FOUR (4) SCREWS WAS PLACED IN MY LEFT HIP.

"KEEP ON MIND" "PLAINTIFF WAS SUFFERING FROM PAIN TO HIS PENIS, PAIN TO HIS ACKLE, LEFT LEG AND PAIN TO LEFT HIP ALL AT ONE TIME."

PLAINTIFF WAS TRANSFERRED TO KILBY CORRECTIONS FACILITY HCU ON OCTOBER 6, 2017, PLAINTIFF WAS PLACED IN THE INFIRMARY, PLAINTIFF COULD NOT STAND, OR WALK, A DOCTOR NAME "RAMINE" CAME AROUND WITH A NURSE WANTING TO KNOW HOW I WAS FELLING, I EXPLAINED TO HIM THAT I WAS IN SEVERE PAIN, MY LEFT HIP DOWN TO MY KNEE WAS TWO TIME BIGGER THAN MY RIGHT, THAT I COULD NOT GET UP OUT OF THE BED, THIS DOCTOR CAME AROUND WITH HIS PAD IN HIS HAND TAKING NOTES I GUEST, HE NOT ONE TIME PHYSICALLY TOUCHED (EXAMINED) ME, I ASKED THAT I BE GIVEN A PHYSICAL THERAPIST, HE (DOCTOR RAMINE) STATED THAT THERY DO NOT GIVE PHYSICAL THERAPIST, "THAT IF I WANT TO LEARN HOW TO WALK AGAIN, THAT I WOULD HAVE TO GET OUT THE BED AND DO IT MESEFT,  NO NURSE OR DOCTOR WHILE PLAINTIFF WAS AT KILBY BETWEEN OCTOBER 6, 2017 AND OCTOBER 18, 2017 EVER PHYSICALLY EXAMINED "TOUCHED" "HELPED" PLAINTIFF,

3

- THE NURSE ONLY CAME AROUND AND GAVE PLAINTIFF PAIN MEDICATION THAT DID
NOT STOP THE PAIN, PLAINTIFF COULD NOT TAKE HIS CLOTHES OFF TO SHOWER,
OTHER INMATES THAT WAS IN THE INFORMARY FOR THEIR ON MEDICAL PROBLEMS,
HELPED PLAINTIFF OUT OF THE BED, TOOK ME TO THE SHOWER, TOOK MY CLOTHES
OF , GAVE ME A SHOWER, PUT MY CLOTHES BACK ON AND TOOK ME BACK AND PLACE
BACK IN THE BED, THIS WAS DONE FOR THE WHOLE TIME THAT I WAS AT KILBY.

   PLAINTIFF CAME TO THE CONCLUSION THAT NONE OF THE MEDICAL STAFF WAS
GOING TO HELP WITH HIM TRYING TO LEARN HOW TO WALK, PLAINTIFF GOT SOME
OTHER INMATES TO HELP WITH TRYING TO WALK WITH A WALKER, THEY WALKED IN
FRONT OF ME REAL SLOW AS I TRIED TO MOVE ME LEGS.

   WHEN THE DOCTOR "RAMINE" SEEN THE OTHER INMATES HELPING ME, HE WROTE
ME A PROFILE FOR THE WALKER.

   ON OR ABOUT OCTOBER 18, 2017, TWO OFFICER FROM DRAPER CORRECTIONS FAC-
TO TRANSPORT ME BACK TO STATON HEALTH CARE (HCU), I PACKED MY PROPERTY
AND A INMATE HELPED ME TO RECEIVING, WHILE THERE, SOME ONE FROM THE NURSES
STATION TOLD THE OFFICER TO NOT LET PLAINTIFF LEAVE WITH THE WALKER, I
SHOWED THE OFFICER THE PROFILE, HE SAID IT DID NOT MATTER, HE WAS TOLD
TO NOT LET ME LEAVE WITH IT.

   PLAINTIFF COULD NOT STAND NOR WALK ON HIS OWN, A INMATE HAD TO HELP
ME TO RECEIVING, THE OFFICER TOOK THE WALKER, PLAINTIFF HAD TO HOLD ON TO
THE COUNTER TO KEEP FROM FALLING, THE OFFICERS THAT CAME TO TRANSPORT ME
HAD TO PHYSICALLY PICK PLAINTIFF UP AND CARRY HIM ABOUT FIVE (5) OR MORE
LINKS TO GET ME IN THE VAN, IT FELT LIKE MY WHOLE LEFT SIDE (HIP) WAS COMING
APART, THE PAIN WAS SO INTENSE, TEARS WAS RUNNING DOWN PLAINTIFF FACE.

   PLAINTIFF WAS SEEN BY DOCTOR (BELL), PLAINTIFF TOLD HIM THAT HAD THEY
SENT HIM TO HAVE THE "DIE" TEST SO HE COULD HAVE THE OPERATION THAT HE
WOULD NOT HAVE FELL AND FRACTURED HIS HIP, THAT KNEW THE NERVE CONDITION
CAUSES HIS LEFT LEG TO GIVE OUT, CAUSING HIM TO FALL. DOCTOR "BELL" TOLD
PLAINTIFF THAT HE COUNSELED THE DIE TEST AND OPERATION,  BECAUSE HE FELT
I DID NOT NEED IT, PLAINTIFF EXPLAINED TO HIM THAT HE HAD JUST TOOK OVER
MY CASE LOAD, THAT I HAD BEEN UNDER DOCTOR HEARRING FOR OVER TWO (2) YEARS
WITH THIS MEDICAL CONDITION THAT HAD NOT YET BEEN RESOLVED/CORRECTED.

   PLAINTIFF ASKED DOCTOR BEEL FOR A PHYSICAL THERAPIST, HE SAID TO DO
MY OWN THERAPY, DOCTOR BELL DID NOT ONCE PHYSICALLY EXAMINE OR EVAUATE MY
MEDICAL CONDITION TO CHECK OUT MY HIP, NERVE CONDITION, OR THE CONSTANT
PAIN IN PENIS WHEN PEEING OR THE RED SPOTS AROUND IT, HE DID NOT LOOK IN
MY FILE, JUST SET THERE DOING NOTHING BUT TALKING.

Doctor Bell was told by plaintiff that something was moving in his causing severe pain when walking and laying down, he doctor Bell did not evben check to see what it was, plaintiff filed a grievance.

On one visit to see doctor Bell, plaintiff was told that if he keep on complaining, that he would stop seeing me, plaintiff started telling the doctor that he was just trying to explain what was going on with his medical condition, doctor Bell got up and walked off telling the officer to see me out, he refused to do any evauation/treatment, a grievance was filed.

Plaintiff filed a grievance on Doctor Bell because when visiting him for medical treatment, plaintiff told him about the swelling in ankle, swelling on kee, circulation being cut off to feet, pain in hip and how the left leg was giving out causing him to go down to the flour, DOCTOR BELL DID NOT ONE TIME ASK PLAINTIFF TO PULL HIS PANTS DOWN OR OFF TO EVAUATE.

Doctor Bell informed plaintiff that he has a tear in his knee, that I was going to haeweiptic surgery to correct it. THIS WAS OVER TWO (2) MONTHS AGO, AND PLAINTIFF HAS NOT HAD THE SURGERY.

THIS TEAR IS CAUSING SEVERE PAIN TO THE INSIDE OF PLAINTIFF'S KNEE, WHEN LAYING DOWN ON THE BED, PLAINTIFF HAVE TO PUT A TOWEL BETWEEN HIS LEGS TO KEEP THEM FROM TOUCHING DUE  TO THE PAIN CAUSED WHEN TOUCHED.

Plaintiff continue to suffer severe pain to his hip, ackle, knee, and left leg due to the nerve condition.

Doctor Bell said that I have a "Degenerative Desease" to my back, which ¶ is causing my left leg to give out when walking, that I would have to have surgery to correct it, plaintiff was scheduled to have surgery but Doctor Bell counseled it without plaintiff's knowledge, it was not until after plaintiff fractured his left hip in two (2) places and returned from having the operation about a month later, as stated ealier, plainntiff went to Brookwood Hospital to have the surgery but was rescheduled to have a die test, the too was counseled by Doctor Bell.

Plaintiff has been told that he has a CYST behind his knee, but nothing has been done to treat this medical condition, the cyst behind my knee has gooten bigger iver the past two (2) years and no medical treatment has been given, on a scale of 1 to 10 the pain level is about a 7, this was told to Doctor, Bell, Doctor Herring, and the 4 or 5 providers plaintiff has been seen by.

5

## CONTINUE ACTUAL FACTS

1. On or about August 28, 2015, plaintiff was awaken by severe pain to left leg, could not stand, or walk, ackle was swollen and left foot felt as if though simething was wraped real tight around it cutting the circalation off from the tip of my toe up to the ankle.

2. Two inmates helped me to shéft office to see about going over to Staton Health care (HCU), the officer called over there abd was told to tell me to fill out a sick call request, the pain was so intense that tears was running down my face.

3. Plaintiff on or about August 28, 2015, fillied out the sick call request explaining that I had severe pain to left leg, could not stand nor wlak, that ackle was swollen with circulation being cut off. SEE EXHIBIT ONE

4. On or about August 31, 2015, plaintiff was seen by provider "ms. Barnette" where she sent me over to Staton Health Care (HCU) at 9:am. SEE EXHIBIT TWO

5. At about 12:55pm., Ms Barnette seen plaintiff but could not explan what was causing these condition to left leg, so she wrote a no standing profile and the use of a cane X 20 days. SEE EXHIBIT THREE

6. Plaintiff received another medical profile for a cane X 90 days on September 20, 2015, SEE EXHIBIT FOUR, also plaintiff received a profile for no standing X 14 days. SEE EXHIBIT FIVE

7. On September 25, 2015, Plaintiff was sent to Staton Health Care (HCU) for an emergency because he could not stand, walk and medication ¶ needed to be renewed, WAS REFUSED TO BE SEEN, TOLD TO PUT IN A SICK CALL REQUEST AND SENT AWAY.

8. On September 27, 2015, Plaintiff turned in a sick call request to see Ms. Barnette about not being able to stand to take a bath, pee, wash my feet, shave because of severe pain, that something burning was running down on the inside of left leg and could not sleep because of the pain. SEE EXHIBIT SIX

9. On or about September 30, 2015, plaintiff was seen by nurse Simpson at sock call. I explaining his medical conditions, that Ms. Barette had said she was signing me up to see the docter, was told that I was not signed up to see a doctor.

10. On or about July 29, 2015, plaintiff filed a grievance concerning two sick call requests that had been submitted on July 2, 2015 and July 7, 2015 about the pain on penis, red spots on the tip, bad smell and white stuff caking up around it, THE NURSE ONLY TOOK VITAL SIGNS AND DID NOT ALLOW ME TO SEE A DOCTOR NOR PROVIDER, AT THIS TIME THE MEDICAL CONDITION HAD WORSEN. SEE EXHIBIT SEVEN

11. On or about October 5, 2015, plaintiff filed grievance because the med. to help with the nerve pain to left leg had run out, was trying to see Ms. barnette "provider." See EXHIBIT EIGHT

12. On or about October 7, 2015, plaintiff submitted a grievance appeal concerning not being seen by either a doctor or provider about the severe pain on the inside of penis, red spots, bad smell and white stuff caking up on it. SEE EXHIBIT NINE.

13. On or about October 15, 2015, plaintiff submitted a request to see doctor or provider about medical condition with left leg. SEE EXHIBIT TEN

14. On or about October 25, 2015, plaintiff submitted a sick call request to see doctor or provider about the medication "neurontine" perscribe for pain that was making plaintiff sick, vomitting, swollen behind the knee, intense pain when standing and walking, the infection to penis, nurning pain, redness bad smell and white stuff. SEE EXHIBIT ELEVEN

15. On or about November 6, 2015, plaintiff submitted a request to be seen by a doctor about the intense "severe" pain to left leg. SEE EXHIBIT TWELVE

16. On or about November 23, 2015, plaintiff submitted a request concernig the medical problem with penis, STD TEST CAME BACK NEGATIVE, BUT THE PAIN SPOTS, SMELL AND WHITE STUFF STILL PRESISTED, PLAINTIFF WAS ASKING FOR MORE TESTS TO BE DONE TO RESOLVE THIS INFECTION. SEE EXHIBIT THIRTEEN

    In this grievance ppeal, plaintiff explained in details the symtons concerning the medical problems with penis, and severe pain to left leg.

17. Plaintiff submitted grievance concerning the nerve condition, cyst, delaying sending me to the hospital for about three (3) days with two (2) fractures in my hip, not given any pain medication for them about three (3) days, 12-6-2017 SEE EXHIBIT FOURTEEN

18. On 12-9-2015, plaintiff submitted request complaining about severe condition with penis and left leg. NO RESPONSE. SEE EXHIBIT FIFTHTEEN

19. Plaintiff on 12-15-2015, submitted grievance appeal concerning severe & conditions about oenis, the unanswered grievance on 7-29-2015, 11-6-15 and 11-23-2015. SEE EXHIBIT SIXTEEN

20 On or about 12-23-15, plaintiff submitted request to see Ms. Barnette about ongoing medical problems with penis and left leg. SEE EXHIBIT SEVENTEEN

21. On or about 1-3-2016, plaintiff submitted sick call request to be seen by provider and or doctor concerning severe pain to penis, left leg, medication and profiles. <u>SEE EXHIBIT EIGHTTEEN</u>

22. On or about 1-14-2016, plaintiff submitted grievance concerning not being seen by a doctor or provider about the pain in penis, red spots on it, bad smell and white stuff around it, also about not receiving pain medication for left leg, swelling behind knee, etc. AND CONTINUED TO BE FORCED TO FILL OUT SICK CALL REUESTS TO COLLECT CO_PAYMENTS. COPY SENT TO CORIZON HEADQUARTERS. <u>SEE EXHIBIT NINETEEN</u>

23. On or about 2-3-16, plaintiff forwarded a letter/complaint to Corizon Headquarters on Ms. Barnette, Droctor Hearring and Ms. Copeland concerning denial of adequate medical treatment, these medical staffs has not dianoged nor evauated my two (2) medical cconditions, severe pain to penis, red spots on tip, bad smell and white stuff caking ip on it for about one (1) year and a half ($\frac{1}{2}$), also no pain medication for severe pain in left leg, swelling behind knee and ackle,not being able to stand ir walk. <u>SEE EXHIBIT TWENTY</u>

24. On or about 2-6-16, plaintiff filed grievance appeal notifying medical staff that a copy of said grievance appeal was sent to Corizon corparate in Brentwood TN. <u>SEE EXHIBIT TWENTYONE</u>

25. Plaintiff on or about 2-10-16, submitted sick call request to see provider about pain medication for left leg. <u>SEE EXHIBIT TWENTYTWO</u>

26. On or about 3-3-16, plaintiff filed grievance because he had not been seen by provider about medical condition with penis and left leg. <u>SEE EXHIBIT TWENTYTHREE</u>

27. Plaintiff received cane and slide profile from provider S. Oden. <u>SEE EXHIBIT TWENTYFIVE</u>

28. On or about 10-25-16, plaintiff filed grievance about lack of pain medication for left leg, ms. Barnette, Dr. Hearring, Dr. Lovelace and provider Oden said it was a nerve problem, however, plaintiff still is suffering from this medical problem now over two (2) years with no relief in sight. <u>SEE EXHIBIT TWENTYSIX</u>

29. On or about 11-9-16, plaintiff filed grievance appeal concerning the severe pain, not being able to stand nor walk, not being sent back to neurology. <u>SEE EXHIBIT TWENTYSEVEN</u>

30. On or about 11-15-16, plaintiff submitted sick call request to see provider because condition has worsen. <u>SEE EXHIBIT TWENTYEIGHT</u>

31. On or about 11-17-16, plaintiff submitted sick call request because he had
t been seen by anyone on the last one submitted, having problems standing, walking,
severe pain to left leg, ackle swollen, and pain medication not helping. See
Exhibit 29

32. On or about 12-29-16, plaintiff submitted sick call request because the
pain medication continued to run out.  See Exhibit 30

33. On or about 1-31-17, plaintiff submitted grievance concerning not being
adequately treated for over one (1) year and a half (½), severe pain, and notifing
the medical staff that a civil suit is coming, that a copy of grievance is being
sent to Corizon Health Corparate Office at 103 Powell Court Brentwood TN. 37027.
See Exhibit 31

34. On or about 2-23-17, plaintiff filed grievance appeal because it had been
over one (1) year and a half (½) and his nerve condition had not been corrected
fact it had worsen to the point where his left leg gives out when walking, causing
plaintiff to fall to the floor, the inly thing besides taking tests, plaintiff
was given medication that did not reach the severe pain that persisted.
See E xhibit 32

35. Plaintiff was sent to Brookwood Medical Center to see a Dr. Pearson "Nur-
sugeon" to have sugery on back to correct nerve damage, after taking with this
doctor, he decided to postpone the sugery until a "Die" test is done to see how
much damage was done and where it was.

The medical staff at Staton Health Care "HCU" was made aware of this through
documentation forwarded to them by the nursugeon and verbally by myself.

36. After a few months had pasted, plaintiff checked to see why he had not
had the die test, the provider told plaintiff that it was counseled alone with
the sugery, that she did not know who did it, that it was from someone outside
the medical staff there.

37. On or about April 5, 2017, plaintiff was given a profile for a cane X 90 days,
by provider Barnette. See Exhibit 33.

38. On or about April 5, 2017, plaintiff was given a notice telling him to report
SHCU to see neurology consultant, by provider Kjolly UPN.  See Exhibit 34

39. On or about 9-26-2017, plaintiff submitted sick call request  for follow up,
o have profiles renewed, "Die" test, because neither had been done. See Exhibit 35

40. On or about 9-30-2017, plaintiff was going up some stairs when his left leg
gave outm causing him to fall backward, plaintiff was placed in a wheel chair by
two (2) other inmates and taken to HCU.

The pain was so intense that plaintiff was crying, screeming and hollowing,

the nurve "Ms. Rice or Price," looked at my left side and said "O my God", she begin filling out a body chart, she then left the room and went to the back, when she returned, she said that she was going to send me to the hospital at Jackson. About five (5) mins. later, she was told that a phone call was for her, when she returned, she said the doctor "Bell" told her not to send me to the hospital, but to admit me in the infirmary until Monday when a X ray can be done, plaintiff kept pleading with Nurse Rice to send him to the hospital because some-thing was moving causing severe pain and swelling to his hip, she said that it was nothing that she could do but follow Dr. Bell's instructions.

41. On or about 9-30-2017, plaintiff was given a copy of his body chart for his hip injury. NOTE: This document shows that Tums for heart burns, HCTZ for my high blood pressure, tegretol to help me sleep, neurontine ffor nerve condition, "ALL OF WHICH PLAINTIFF WAS TAKING BEFORE HE FALL AND INJURYED HIS HIP, NONE OF THESE MEDICATIONS HAD ANYTHING TO DO WITH THE HIP INJURY" the tylenol wrote on the chart was not one of the medications plaintiff was taking, "NOR DID THE NURSE VER ADMINISTER TYLENOL TO HIM DURING THE TIME OF THE HIP INJURY," the chart shows that a X ray was set for 10-2-2017, the Practitioner was Dr. Bell and the Nurse was Blairum "I think", THE ONLY TIME PLAINTIFF SEEN THE NURSE IS WHEN IT WAS TIME FOR THE MEDICATION FOR NERVE DAMAGE, NOTHING "NO PAIN MEDICATION WAS GIVEN FOR THE HIP INJURY." See Exhibit 36

42. Plaintiff was taken back to the infirmary where it took three (3) inmates to get me out of the wheel chair because, everytime they tried to move me, I sreemed, hollowed and crying telling them that something was moving in my hip, "THE NURSE WAS THERE WITNESSING ALL OF THIS."

43. After getting me in the bed, plaintiff had to lay on his back, I asked for some pain medication, AND WAS TOLD THAT DOCTOR BELL DID NOT APPROVE FOR ME TO HAVE ANY UNTIL AFDTER THE X RAY ON MINDAY.

43. From Septemper 29, 2017 til October 2, 2017, plaintiff was not given any medication for pain for his hip injury, during this tuime, plaintiff continued to ask, plead, for something to stop the pain, nothing was given, accept for my nerve condition.

45. PLAINTIFF MADE SUCH THAT HE DID NOT HAVE TO TAKE A DUMP, BY NOT EATING ANYTHING FOR THEM ABOUT THREE (3) DAYS.

46. Plaintiff only grinked a little amount of water to keep from peeing, all OF THESE ACTIONS WAS AIMED AT KEEPING FROM MOVING BECAUSE OF THE SEVERE PAIN.

47. Plaintiff laid on his back from 9-30-2017 til about 2:30 on 10-2-207 doing everything possible to keep from moving.

10

rn how to about 2:30pm on 10-2-2017, three (3) inmates got plaintiff out of the bed and placed him in a whell chair and took him to the X ray room, THE X RAY REVEALED THAT PLAINTIFF HAD TWO (2) FRACTURES IN HIS LEFT HIP, THE ABULANCE WAS CALLED AND PLAINTIFF WAS TRANSPORTED TO JACKSON HOSPITAL.

49. Once we arrived at the hospital, I was placed in a room, the doctor came in and asked me what happen, after explaining to him what happen, he asked for the x ray taken of my hip, he was told thllt the medical staff at Staton Health care did not send it.

50. The doctor then told the nurse to take an x ray, within about twO (2) mins., the doctor came back, I TOLD HIM THAT I HAD NOT HAD ANYTHING FOR PAIN FOR THIS INJURY, THAT IT HAD BEEN ABOUT THREE (3) days sense the fall, he asked if I had any problems with taking morfin, I said no and he gave me a shot.

51. Some hours later, I was awaken and was told thllt the operation went well, thllt a rod and screws had been put in my left hip to repair the two (2) fractures.

52. On October 6, 2017, plaintiff was released from Jackson Hospital and taken to Kilby Corrections Infirmary, while there, I was given tylenol four (4) or three (3) to help with the pain.

53. Plaintiff tried to get out of the bed for about two (2) days but could'nt, had to pee in a bottle, could'nt take a dump, in order to take a shower, plaintiff had to ask some of the other inmates there who also had their own medical problems to help him to the shower area.

Plaintiff could'nt take his clothes off, could'nt shower on his own, THESE INMATES UNDRESSED, SHOWERED AND DRESSED PLAINTIFF FOR ABOUT A WEEK, BECAUSE HE COULD NOT DO IT HIMSELF OR GET ANY ASSITANCE FROM THE NURSING STAFF, STANDING, WALKING AND BENDING WAS NOT POSSIBLE, THESE INMATES HAD TO HOLD PLAINTIFF UP, AND WASH HIS WHOLE BODY FOR THESE TWO (2) WEEKS.

54. Plaintiff asked the Doctor "Ramine" for a physical tearopy to help with standing and walking, THE DOCTOR "RAMINE" TOLD PLAINTIFF THAT THEY DON'T PROVIDE PHYSICAL THEAROPY, THAT IF I WANT TO LEARN HOW TO WALK AGAIN, THAT I HAVE TO DO IT ON MY OWN.

55. During the time at kilbny "HCU" plaintiff did not get any help from no nurse or doctor in helping me bath, chllnge clothes, standing or walking, they brought me medication for my nerve condition and for the hip injury, ALL THE OTHER HELP RECEIVED WAS FROM OTHER INMATES WHO HAD THEIR OWN MEDICAL PROBLEMS TO WORRY ABOUT.

55. One of the other inmates gave plaintiff a walker and helped him learn how to use it.

11

56. On October 18, 2017, some officers came from draper corrections to take me to staton health care infirmary "HCU," WHEN PLAINTIFF WAS WAITHING TO BE CHECKED OUT AT KILBY RECEIVING, SOMEONE FROM THE NURSES STATION CALLED AND TOLD THE RECEIVING OFFICER TO NOT LET ME TAKE THE WALKER WITH ME, THE OFFICER SEEN AND I EXPLAINED THAT I COULD NOT STAND OR WALK WITHOUT IT, BUT THE OFFICER SAID HE HAD NO OTHER CHOICE BUT TO GET IT FROM ME.

The two (2) officers that came to transport plaintiff back to Staton HCU, HAD TO PHYSICALLY PICK PLAINTIFF UP AND CARRY HIM TO THE TRANSPORT VAN, WHILE THIS WAS HAPPENING, IT FELT LIKE MY HIP WAS BEING TAKEN APART, IT HAD ME HOLLOWING AND CRYING, IT HAD BEEN ONLY ABOUT TWO (2) WEEKD SENSE THE SURGERY TO REPAIR THE FRACTURES IN MY HIP.

56. Once we got to Staton HCU, a wheelchair had to be brought to the van to get me.

57. On or about 10-18-2017, plaintiff inquired about getting a physical thearopy to help with standing and walking, was told once again that no physical thearopy is given.

58. Plaintiff had to continue to rely on other inmates to help with bathing, the nurses at Staton like at Kilby would not assist in anything accept to give medication, any and everything to do with my moblilty was problematic because no professional assisted in the recovery.

59. Plaintiff was released from Staton Health Care HCU on October 23, 2017 and went to Draper pill call to get pain medication and was told that NONE was there for me, TO FILL OUT A SICK CALL REQUEST, this was on 11-2-2017.

60. On 11-7-2017, plaintiff was seen by a provider (Blairum" i think that's her name, anyway, I infromed her thHt I had not had any pain medication for my hip and that it seems as if something was moving, that it had also intensified the nerve condition in my left leg, thHt i could not lay on either side or stomach because of the pain.

This provider displayed such a negative attitud and unprofessional behavior, that plaintiff hHd to leave.

61. Plaintiff filed a grievance on all medical problems on 12-6-2017, the response from Ms. Johnson was that she was sorry that I was having these issues and scheduled an appointment to see Dr. Bell and also stated that if I hHd any more problems, to let the officer know so I can be sent over to, HCU, this was on 12-14-2017. <u>See Exbhibit 37</u>

62. On 12-18-2017, plaintiff filed another grievance against Dr. Bell for

13

his, retaliatory attitude and unprofessional behUvior, he did not want to treat/evauate or exminate any of the medical problems complained about, he told me thHt if i keep on complaining, that he was not going to see me any more, I TRIED TO EXPLAIN TO HIM WHAT WAS GOING ON WITH MY MEDICAL CONDITIONS, HE THEN GOT UP AND WALKED AWAY AND TOLD THE OFFICER TO SEE ME OUT. As stated, he never asked plaintiff to pull his pants down to exvauate the swellHng, ankle, leg, hip, nor the CYST THAST HAS BEEN GROWING FOR THE PAST TWO (2) YEARS, THAT TO THIS DAY IS STILL CAUSING SEVERE PAIN AND GETTING BIGER , Ms. johnson again stated that she was sorry about the issues thHt I was hawing, this was 12-19-2017 SeeAExhtbtf 8Re grievance filed on 12-6-2017 and 12-18-2017 was sent to, CORIZON HEALTH  CORPORATE OFFICE   103 POWELL COURT   BRENTWOOD, TN. 37027  ALSO TO LARRY A. LINTON   VICE PRESIDENT OF OPERATIONS  CORIZON INMATE MEDICAL SERVICE   101 AIRPORT COMMONS DRIVE   CALERA, ALABAMA 35040......oplaintiff has forwarded numerous copies of his grievances to these same officals of corizon medical services putting them on notice of the problems plaintiff was hHving with the medical staff at  staton health care (HCU), and hHve never received a response from them to date.

63. Plaintiff filed a grievance on 1-16-2018 which was a continuation of the two filed on 12-6-2017 and 12-18-2017, complaining about the same issues with not receiving proper/adequate medical attention/ttreatment. Plaintiff was told thHt a physical therapist or orthopedic would be seeing me, however, plaintiff did not see a physical terapist until after this grievance was filed, which was on 1-24-2018, plaintiff was given a folder with Hbout ten (10) cartoons drawn on it showing how to do excercises, NO PHYSICAL THERAPY WAS DONE, IT TOOK ABOUT TEN (10) mins. for him to draw these cartoons and then he left, the next day plaintiff seen Dr. BELL, 1-25-2018

A P Munyard responded to this grievance, and fasely stated that plaintiff did not show for an onsite PL, CORIZON'S CORPORATE?OPERATIONS OFFICE WAS SENT A COPY OF THIS GRIEVANCE ALSO, NO RESPOPNSE HAVE BEEN GIVEN. See Exhibit 39.

64. Plaintiff continue to suffer with severe pain to his hip, ankle,   knee, left leg, and the severe pain from the nerve condition that hHs yet to be resolved, the die test ordered by the nursugeon was stopped by Dr. Bell, theieby stopping the much needed operation to correct the nerve condition.

13

65. PLAINTIFF WAS ON A CANE FOR OVER TWO (2) years due to this nerve condition, has been on a walker for the past six (6) or more months because the hip injury caused the nerve condition to worsen, where as plaintiff's leg was giving out about once a month, NOW IT GIVES OUT ABOUT THREE (3) TO FOUR (4) times a dat  now, the medical staff h¹¹s been put on notice of these poroblems, and nothing has been done to correct them. Plaintiff still suffer from pain to his penis, when peeing it still burns and smell bad, the cyst behind the knee is still getting large and causing severe pain, the medications given goes not reach nor stop the pain to all of these areas complained about and the medical staff seems to not care wheather or not plaintiff receive his much needed treatment to correct them.

66. About four (4) days after the hip surgery "operation," plaintiff was transferred to Kilby Corr. fac. Health Care "HCU," where the Doctor there was "Dr. Ramine," throughout the about twelve (12) days there.

67. Doctor Ramine "NEVER PHYSICALLY" touched, examined, nor evaluated plaintiff to see how the surgery went and or how it effected plaintiff.

68. No nurse examined, evauated, nor treated plaintiff while at Kilby HCU.

69. Plaintiff complainted numerous times to Dr. Ramine and the nurses that he was not able to get out of the bed, that he needed some assistance in going to the rest room to take a dump, to take a shower and to get back standing and walking again.

70. Plaintiff was told by "Dr. ramine" that he would have to get out of bed himself and do these things himself.

71. Plaintiff could not get out of bed on his own, much less walk to the restroom and shower area.

72. Plaintiff layed in his bed for days having to take a dump but could not because no one in the medical staff assisted him in getting out of the bed and to the restroom.

73. Doctor Ramine would not allow me to have a wheelchair for these pirposes, nor a walker.

74. Finally, some of the inmates there with their own medical conditions started to assist me, some would help me to the toilet, and others would help me to the shower area, where they would physically take my clothes off for me because I could not bend over, could not stand on my own, nor shower myself.

65. PLAINTIFF WAS ON A CANE FOR OVER TWO (2) years due to this nerve condition, has been on a walker for the past six (6) or more months because the hip injury caused the nerve condition to worsen, where as plaintiff's leg was giving out about once a month, NOW IT GIVES OUT ABOUT THREE (3) TO FOUR (4) times a dat now, the medical staff h'ls been put on notice of these poroblems, and nothing has been done to correct them. Plaintiff still suffer from pain to his penis, when peeing it still burns and smell bad, the cyst behind the knee is still getting large and causing severe pain, the medications given goes not reach nor stop the pain to all of these areas complained about and the medical staff seems to not care wheather or not plaintiff receive his much needed treatment to correct them.

66. About four (4) days after the hip surgery "operation," plaintiff was transferred to Kilby Corr. fac. Health Care "HCU," where the Doctor there was "Dr. Ramine," throughout the about twelve (12) days there.

67. Doctor Ramine "NEVER PHYSICALLY" touched, examined, nor evaluated plaintiff to see how the surgery went and or how it effected plaintiff.

68. No nurse examined, evauated, nor treated plaintiff while at Kilby HCU.

69. Plaintiff complainted numerous times to Dr. Ramine and the nurses that he was not able to get out of the bed, that he needed some assistance in going to the rest room to take a dump, to take a shower and to get back standing and walking again.

70. Plaintiff was told by "Dr. ramine" that he would have to get out of bed himself and do these things himself.

71. Plaintiff could not get out of bed on his own, much less walk to the restroom and shower area.

72. Plaintiff layed in his bed for days having to take a dump but could not because no one in the medical staff assisted him in getting out of the bed and to the restroom.

73. Doctor Ramine would not allow me to have a wheelchair for these pirpoces, nor a walker.

74. Finally, some of the inmates there with their own medical conditions started to assist me, some would help me to the toilet, and others would help me to the shower area, where they would physically take my clothes off for me because I could not bend over, could not stand on my own, nor shower myself.

14

CONTINUE ACTUAL FACTS

75. After these inmates showered me, they put my clothes on and took me back to the bed and helped me get in.

76. "The only thing the nurses did to assist me was to bring medications, Dr. Ramine would come around the infirmary to each inmate bed, and all he would do is to ask how you doing, and then Dr. ramine would go to the next inmate's bed without physically treating, examining, evauating or touching this plaintiff.

77. Dr ramine was asked by Plaintiff for assistance from a physical theorapy, Dr. ramine told plaintiff that they do not provide them, that anything that I needed done, I would have to do it myself.

78. If it had not been for the assistance from the other inmates, plaintiff would have "messed""dumoed" on himself, would have been smelling like a dead dog and would not have been able to stand nor walk in the time that he did while there, from Oct. 6, 2017 til Oct. 18, 2017.

79. After Dr. ramine seen these inmates helping plaintiff with a walker, he wrote plaintiff a profile, however, when the officers came to take plaintiff back to Staton Health care HCU infirmary, the walker was taken from me at receiving by the officer on duty because someone from the medical staff said that I could not take it with me.

80. The officer did'nt want to take it because he seen that I couled not walk without it, but he had to no choice, the mediacl staff would not send a wheelchair there for me, the two (2) officers had to physically pick me up and carry me to the van numerous car links away.

81. the pain was so intense and severe, that plaintiff had tears running down his face, the officers did not know how to properly pick me up and carry me, they did the best that they could under the circustances, putting me in the van was real problematic, because the severe pain that I was having was causing me to hollow and cry even more, no one from the medical staff assisted in helping the officers get plaintiff from receiving to the van.

82. Plaintiff has been told at least sixteen (16) times to fill out a sick call request to have medication renewed, when complaining about the nerve pain, hip pain and pain in penis.

15

83. Whenm seen by a nurse at sick cal screening, the main thing they wanted first was for you to sign the co-payment form, "IF YOU REFUSE, THEY WILL NOT SEE YOU," but after signing it, they will only take vital signs and would not allow for you to be seen by a provider or doctor, I was always told to check the news letter for appointment, in the mean while, no medication or ttreatment was given until plaintiff filed a gruevance putting them "Staton Medical Staff" on notice that a copy was being sent to thier Corparte Headquarters, and one (1) for civil action purposes.

84. Plaintiff filed over eighteen (18) grievances complaining about no pain medication, that it was not stopping the pain to left leg, penis, hip and back, on how nonprofessional he was treated by the medical staff "Docors, nurses and providers.

85. Thes are the many different types of pain that plaintiff has been sufferring from/ecperiencing for the past two (2) years and about nine (9) months pertHining to the severe nerve condition to my left leg.

(a0 MY FRONT PART OF THE LEFT LEG HAS A SOLID TYPE OF PAIN THAT SEEMS TO INTENSIFIES WHEN WALKING.

(b) The back of my left leg hHs a cyst on it that has been growing :getting bigger" where it causes a electric shock type pain, that never stops, NO speclfic pain medication has been given nor has thier been any medical treatment nor evauation done, and plaintiff hHs not been given any consultation regarded this cyst.

(c) My ackle has a crushing like pain that intensifies when the medical staff take alone time in renewing the neurotine for the nerve condition and when walking.

(d) My whole left leg has been in constant pain for about three (3) years now with no relief in sight (e) the neurotine given three (3) times daily does not stop the pain, the medical staff has been placed on notice numerous time of this, but continue to keep me on this medication without either adding something with it or giving more mili grams of the neurotine, it just make it where I can use a walker to move around with.

86. These are the different types of pain associHted with my left hip injury, in which a rod and four (4) screws was placed in it during the operation at Jackson Medical Center.

(a) When trying to make my bed as required by A.D.O.C. rules, the pain level is like a big heart beat, making it where I have to take breaks just to make my bed because of the pain associHted with it.

16

(b) When lying down, I have to swich from one (1) side to the next, because laying down causes sharp pain to my hip, when trying to straighten my left leg out, if feels as if something is keeping it from moving, "like it is stuck," causing even more pain.

(c) I HAVE INFORMED THE MEDICAL STAFF OF THIS NUMEROUS TIMES THAT SOMETHING CONTINUE TO MOVE IN MY HIP CAUSING SEVER PAIN.

83. This is the severe pain associated with the tear to the inside of my left leg that the doctor (Bell) said needed surery on.

(a) It's like the side of my left knee is being pulled apart when bending, turning and when lying in the bed, I have to put a towel or something soft between my knees to keep them from touching, because of the severe pain that it cause.

84. Plaintiff's penis has a pain like something I've never experienced before, it's solid and strong like going up a latter, with each step the pain gets worser, sometimes I hate when I have to take a pee, because the pain turns into a strap like pain.

Plaintiff has verbally complained about these pains to penis numerous times because the filing of grievances concernig this medical problem, seems to be to no avail, all was said by the medical staff is that it was a yeast infection, however, this particular medical condition has gone without any body physically touching the penis to examined, evauate, or treat, the only thing done was to give me some cream that only made a mess, DID NOT ELIVIATE THE COMDITION NOR STOP THE PAIN ASSOCAITED WITH THIS MEDICAL CONDITION, PLAINTIFF HAS BEEN SUFFERING FROM THIS MEDICAL PROBELM TO HIS PENIS FOR SOME YEARS NOW WITH NO RELIEF IN SIGHT.

85. PLAINTIFF HAS BEEN TRYING TO DEAL WITH ALL THESE DIFFERENT TYPES OF PAIN FOR ABOUT THREE (3) YEARS NOW.

The medications given from the start up to this point does not correct my, NERVE CONDITION, HIP CONDITION, PENIS CONDITION KNEE CONDITION NOR BACK CONDITION, THE MEDICAL STAFF UNDER THE CONTROL OF CORIZON INC. MEDICAL SERVICES, GIVES YOU PAIN MEDICATION THAT DOES NOT ACTUALLY STOP THE PAIN BUT CUTS IT DOWN SOME, STILL PLAINTIFF HAS THE MEDICAL CONDITIONS THAT HAS GONE UN CORRECTED, "RESOLVED."

86. day and Night I have to suffer because nothing has been done to resolve/correct these serve medical conditions.

87. Thier is no complaint against Waeden/Deputy Commissioner Ellison, THE ONLY RESON THAT HE IS BEING PLACED IN THIS SUIT , IS BECAUSE I AM IN HIS CUST ODY AND CONTROL, AND I WANTED TO POINT OUT HIS ROLE CONCERNING MY MEDICAL CONDITION?TREATMENT etc..

Each time tht I went to Mr. Ellison having to hold on to the wall just to stand and walk, crying because of the severe pain, "he sent me over to Staton Health care HCU for an emergency, not once did he refuse to help me when I went to him or saw him on the hill where he seen first hand how severe my medical condition were.

Iseen Mr. Ellison here at Limestone Corr. Fac. around the first of this month "may 2018"'," and the first thing Mr. Ellison asked was why was I on a walker, and I explained to him how the operation was counseled by the new Doctor Bell without my  knownledge and while i waiting, the nerve condition caused my left leg to give out while walkling and I fell and fractured my hip in two (2) places, tht the hip operation where four (4) screws and a rod was incerted.

Mr. Ellison showed real concern about my medical problems, before leaving, he told me to be careful and to take care of myself. We talked about other things concerning where i leved, if any of me family visted me or not and if I was closed to where they lived, talking with him made me fill like he really cared.

Although Me. ellison sent me over in an emergency, the medical sraff did nothing but take vital signs and told me that they would put me on the list to see the doctor, and then sent me back each time to Draper in the same condition I was in when the warden at that time sent me over, other inmates had to once again help me across the field and back to my dorm and helped me into the bed, plaintiff laid there suffering with this severe pain until is clamed down itself, this happen at least two (2) times tht the warden sent me over for an emergency.

88. Plaintiff's medical condition has deterioeated and is now detrimental to his overall health, before this nerve danage occured, plaintiff was outgoing, exercising everyday, playing defferent types of ball games, running, lifting weighs, and walking at a fast pace.

Now plaintiff is confined to a walker, can't do any of the exercises now, my left leg is in constant pain even with the type of medications given, when plaintiff is walking, plaintiff walk's at a pace slower than slow because the more I try to speed up, the more the pain increases.

89. Doctor Bell came on as the physician at Staton HCU at the time when the operation had been scheduled on my back to correct the nerve damage that was causing the severe pain to left leg.

He counseled the operation knowing that the neusurgeon was waiting on the results of the "DIE TEST," WHICH HE COUNSELD ALSO, this was done unilaterally to save Corizon Inc., money because he knew that they was in the middle of contract negoiations with ADOC.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

---

SEE ATTACHED SHEET"

---

_Rashan M. Ward_
Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is
true and correct.

EXECUTED on   May 28th, 2018.
              (Date)

_Rashan M. Ward_
Signature of plaintiff(s)

R E L I E F   S O U G H T

1. Plaintiff is suing Corizon Inc. Medical Services under the Eight Amendment to the United States Constitution for violation of his rights by implementing a policy, custom, and practice that has caused unnecessary and wandeon infliction of pain for budgetary and or financial reasons/gains. Corizon is being sued in thier official and indivival capacties for the amount of $5,000 in compensatary damages and punitive damages in the amount of $3,000.

2. Plaintiff is suing Doctor Bell for compensatory damages in the amount of $5,000 and punitive damages in the amount of $3,000 in his official and indivival capacties for forcing plaintiff to suffer undue, unnecessary wandon and infiction of pain for about three (3) days with two (2) fractures in his left hip, without prescribing and or administering any pain medication for this injury, and "not approving for plaintiff to be sent to the hospital for an emergency because of profits and or finacial gain to benefit Corizon Inc. In violation of his right not to be subjected to cruel and unusual punishment. <u>Eight Amendment.</u>

3. Plaintiff is suing Doctor Ramine for compensatory damages in the amount of $5,000 and punitive damages in the amount of $3,000 in his oddicial and indivival capacties for the deliberate indifference to his serious medical needs while under his care for about twelve (12) days without any physical medical assistant to help with getting in and out of the bed, with taking a shower, dressing and underssing, with learning how to walk over again etc. after having the operation for the two (2) fractures in his left hip.

4. Plaintiff is suing Crizon Inc., Medical Services in their official and indivaual capacties for compensatory damages in the amount of $1,000 and punitive damages in the amount of $500,00 for their intent in instituting restrictions on accessing outside medical care for the back sugery to correct the severe nerve damage in left leg AS EXPLICIT TO CONTAIN COSTS.

5. Plaintiff is suing Doctor Bell for $3,000 in compensatory damages and $1,000 in punitive damages for the three (3) day delay in sending him to the emergency room after he fail and fractured his hip in two (2) places. Eight Amendment Violation

6. Plaintiff is suing Doctor Bell for $3,000 in compensatory damages and $1,000 in punitive damages for his delay tatic by counseling the "DIE TEST" ordered to determine how bad and where the nerve damage was

1

Before performing the back surgery.

7. Plaintiff is suing Corizon Inc., in their official and indiviual capactes in the amount of $3,000 in compensatory damages and in the amount of $2,000 in punitive damages for being diliberately indifferent to plaintiff's serious medical needs in that, Corizon failed to repond appropriately to his severe nerve condition, pain and burnig to penis, painful cyst behind left knee, and the painful movement in left hip from the surgery of the two (2) fractures.

8. Plaintiff ask that this Honorable Court will dismissed from the suit Warden estes and Institutional Corinator Ellison because, (i) The fact that Ellison when he was warden at Draper Corrections at the time of the constitutional violations by Corizon Inc., "he sent plaintiff over to the health care (HCU) in an emergency on a number of occasions."

Plaintiff ask that this part "his actions" be admitted as evidence in this case to show how deliberate indifference these defendants "Corizon Inc., Medical Services, Doctor Bell and or Doctor Ramine was to plaintiff serious medical condition/needs and the severe pain associated with these medical conditions.

Plaintiff ask that Warden estes be dismissed as defendant due to the fact that he isbeing added only because he has physical control "custody" over this plaintiff, he had no knowledge of the incidents concerning Corizon Inc., and Doctors Bell and Ramine.


*Rasbian M. Ward* (signature)

Rasbian M. Ward (Plaintiff)


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED ON    May 28th, 2018
                  Date


*Rasbian M. Ward* (signature)

Rasbian M. Ward #153328



2 F

2 FREE STAMPS

Rasbian M. Ward   AIS 153328
Limestone Correctional Facility B1-43A
28779 Nick Davis Road
Harvest, Alabama 35749

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
One Church Street, Suite B-110
Montgomery, Alabama 36104-4018

"L E G A L   M A I L"