IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RASBIAN M. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv759-MHT |
| | ) | (WO) |
| CORIZON INC., Medical | ) | |
| Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that his constitutional rights were violated by the inadequate medical care defendants provided him for a nerve condition, and by the defendants' delay in providing needed emergency medical care and denial of adequate pain relief for a serious hip injury. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to dismiss certain defendants should be granted. Also before the court is plaintiff's objection to the

recommendation, in which he argues that the magistrate judge also should have recommended the dismissal of an additional defendant, Dr. Karen Stone.  Plaintiff has since clarified that he does not wish to dismiss Dr. Stone as a defendant.  *See* Order to Show Cause (doc. no. 91); Plaintiff's Response (doc. no. 95) (asking to withdraw motion to dismiss Dr. Stone as defendant); Order (doc. no. 96) (granting plaintiff's request to withdraw his request in the objection to dismiss Dr. Stone as a defendant).  The objection is therefore moot.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of May, 2019.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**