IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RASBIAN M. WARD,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> CORIZON INC., Medical  )<br> Services, et al.,  )<br>  )<br>  Defendants.  ) | CIVIL ACTION NO.<br>2:18cv759-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (doc. no. 80) is overruled as moot.

(2) The United States Magistrate Judge's recommendation (doc. no. 64) is adopted.

(3) Plaintiff's motion to dismiss defendants Dr. Herring, Dr. Hood, and Ms. Barnette (doc. no. 60) is granted.

(4) Plaintiff's claims against defendants Herring, Hood, and Barnette are dismissed with prejudice, and they are terminated as parties to this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 20th day of May, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**